Whitemarsh Township Authority, Appellant, *v.* Elwert.

Argued September 12, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Elmer L. Menges,* for township, appellant.

*Richard S. Lowe,* with him *Fox, Differ, DiGiacomo & Lowe,* for appellees.

OPINION PER CURIAM, November 15, 1962:

The order of the court below is affirmed on the opinion of President Judge DANNEHOWER of the Court

of Common Pleas of Montgomery County, as reported in 28 Pa. D. & C. 2d 368.